**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**AHMED YASLAM SAID KUMAN,**

    **Petitioner,**

        **v.**

**BARACK H. OBAMA, et al.,**

    **Respondents.**

**Civil Action No.  08-1235 (JDB)**

<u>**ORDER**</u>

Upon consideration of [120] respondents' motion to dismiss, the parties' several memoranda, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that the stay in this case is **LIFTED**; it is further

**ORDERED** that [120] respondents' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that [2] petitioner's habeas corpus petition is **DISMISSED without prejudice**.

    **SO ORDERED**.

/s/

JOHN D. BATES
United States District Judge

Dated: <u>July 23, 2010</u>